JODI LINKER, Bar Number 230273
Federal Public Defender
Northern District of California
TAYLOR FATHERREE, Bar Number 358709
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Taylor_Fatherree@fd.org

Counsel for Devin JENSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 25-138 EMC (LJC) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS** |
| DEVIN JENSEN | |
| Defendant. | |

On October 15, 2025, Devin Jensen was ordered released on an unsecured bond subject to several conditions, including GPS monitoring and home confinement to the halfway house. The parties and Pretrial Services now agree that an appropriate modification is to release Mr. Jensen from home detention and impose a curfew from 10:00 p.m. to 7:00 a.m.  The parties therefore stipulate and request that Mr. Jensen's bond conditions should be modified to release him from home confinement and impose the curfew.

IT IS SO STIPULATED.

March 13, 2026                    CRAIG H. MISSAKIAN
Dated                            United States Attorney
                                 Northern District of California

                                 _____/S_____
                                 ELI COHEN
                                 Assistant United States Attorney


March 13, 2026                    JODI LINKER
Dated                            Federal Public Defender
                                 Northern District of California

                                 _____/S_____
                                 TAYLOR FATHERREE
                                 Assistant Federal Public Defender

## ORDER

IT IS HEREBY ORDERED that Devin Jensen's conditions of release shall be modified as follows:

Mr. Jensen shall be released from home detention and subject to a curfew from 10:00 p.m. until 7:00 daily.

All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED:  March 18, 2026

_____
Hon. Lisa J. Cisneros
United States District Judge

STIPULATION AND ORDER
*JENSEN*, CR 25-138 EMC (LJC)